Fᴇʙʀᴜᴀʀʏ 15, 1954

**No. 57873.**—Friedman Mirror & Glass Co., Inc. *v.* United States, protest 209545–K.—.—Abstract 57752. Plaintiff's application for rehearing granted.